1 | Troy D. Monge, Esq.
2 | Law Offices of Martin Taller, APC
3 | 2300 E. Katella Ave, Suite 440
  | ANAHEIM, CALIFORNIA 92806
4 | TELEPHONE (714) 385-8100
  | FACSIMILE (714) 385-8123
5 | troymonge@hotmail.com

6 | Attorney Bar #217035
7 | Attorneys for Rebecca MacKintosh

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MACKINTOSH, | ) No. CV 20-8670-KK |
| | ) |
| Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
| v. | ) **ATTORNEY FEES AND COSTS** |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND EIGHT HUNDRED NINTY-EIGHT DOLLARS and TWENTY-TWO CENTS ($3,898.22), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as

/ / /

/ / /

/ / /

1


1. authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: 11/15/2021

_____
THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE